ACCEPTED
15-24-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 3:39 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00088-CV**

**In the Fifteenth Court of Appeals**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 3:39:54 PM
CHRISTOPHER A. PRINE
Clerk

PLS Check Cashers of Texas, inc.// Bobby Wilkinson, in his Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs,

*Appellant// Cross-Appellant,*

*v.*

Texas Department of Housing and Community Affairs, and Bobby Wilkinson, in his Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs// PLS Check Cashers of Texas, inc.

*Appellees// Cross-Appellee.*

On Appeal from the
201st Judicial District Court, Travis County

## SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Pursuant to Rules 10.5(b) and 38.6(a)(2) of the Texas Rules of Appellate Procedure, the parties, Appellant/ Cross-Appellee, PLS Check Cashers of Texas, Inc. ("Appellant") and Cross-Appellant/Appellee, Bobby Wilkinson, in his official capacity as Executive Director of the Texas Department of Housing and Community Affairs ("TDHCA")("Cross-Appellant") respectfully seek an extension of 10 days to file their Reply Briefs, through and until February 18, 2025.

Appellant's and Cross-Appellant's are currently due February 5, 2025. The parties jointly request this extension primarily because counsel have been unable to devote adequate time to this matter. Counsel for PLS Check Cashers, Inc. had a January 23, 2025 hearing set in *Blackswan Steel, LLC v. New Age Drywall, LLC*, Cause No. 24-CV-1023, in the 212th District Court, Galveston County, Texas. In addition, counsel was responsible for preparing and filing a Reply Brief on January 27, 2025, in *CEMEX Construction Materials South, LLC v. Tejas Avco, Inc.*, Cause No. 14-24-00268-CV, in the Fourteenth Court of Appeals at Houston. In addition, the undersigned counsel is responsible for preparing and filing an Appellant's Brief on February 7, 2025, in *Lufkin Mall Realty Holding LLC v. Lufkin Investment Partners LLC*, Cause No. 12-24-00326-CV, in the Twelfth Court of Appeals at Tyler; as well as an Appellant's Brief in Cause No.05-24-01515-CV, *Louis Carter, Jr. v. Timothy C. Sanders*, in the Fifth Court of Appeals at Dallas, on February 23, 2025; and,

In addition, Counsel for TDHCA and Bobby Wilkinson has been required to devote time to the following other matters:

As the deadlines for Appellant and Cross-Appellant's briefs run concurrently, this request for an extension not for purposes of delay but in the interest of justice and fairness and so that Appellant's and Cross-Appellant's counsel may have adequate time to prepare the parties' respective briefs in light of the above-noted considerations. No party will be prejudiced by this request.

## Prayer

For these reasons, Appellant and Cross-Appellant respectfully request an extension of 10 days to file their Reply Briefs, through and until February 18, 2025.

Dated: February 5, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/S/ BRIANNA M. KROMINGA

BRIANNA M. KROMINGA
Assistant Attorney General
Texas Bar No. 24103252

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(214) 290-8884 (Main)
(512) 320-0667 (Fax)
Brianna.krominga@oag.texas.gov

**COUNSEL FOR CROSS-APPELLANT/
APPELLEES**

/S/ NICHOLAS D. STEPP

NICHOLAS D. STEPP
TEXAS BAR NO. 24077701
NICK.STEPP@HUSCHBLACKWELL.COM
BEN STEPHENS
TEXAS BAR. NO. 24098472
BEN.STEPHENS@HUSCHBLACKWELL.COM
HUSCH BLACKWELL LLP
600 TRAVIS ST., SUITE 2350
HOUSTON, TEXAS 77002
(713) 525-6263

LYNN HAMILTON BUTLER
TEXAS BAR NO. 03527350
LYNN.BUTLER@HUSCHBLACKWELL.COM
HUSCH BLACKWELL LLP

111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TEXAS 78701
(512) 472-5456 (MAIN)
(512) 479-1101 (FAX)

ALEJANDRA GARCIA CASTRO
TEXAS BAR NO. 24131325
ALEJANDRA.GARCIACASTRO@HUSCHBLACKWELL.COM
1900 N. PEARL STREET, SUITE 1800
DALLAS, TEXAS 75201
(214) 981-7053

**COUNSEL FOR APPELLANT/ CROSS-APPELLEE**

## CERTIFICATE OF CONFERENCE

On February 4–5, 2025, in accordance with Rule 10.1(a)(5), the office of the undersigned conferred by electronic mail with counsel for Appellees/Cross-Appellants, Brianna Krominga, who agrees to the filing and contents of this joint motion.

/s/ Nicholas D. Stepp
Nicholas D. Stepp

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically on all counsel of record on this February 5, 2025, in accordance with Tex. R. App. P. 9(5)(b)(1):

Brianna M. Krominga
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(214) 290-8884 (Main)
(512) 320-0667 (Fax)
Brianna.krominga@oag.texas.gov

/s/ Nicholas D. Stepp
Nicholas D. Stepp

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

darlyn castillo on behalf of Nicholas Stepp
Bar No. 24077701
darlyn.castillo@huschblackwell.com
Envelope ID: 97025042
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time to File Reply Briefs
Status as of 2/5/2025 4:03 PM CST

Associated Case Party: PLS Check Cashers of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nick Stepp | | nick.stepp@huschblackwell.com | 2/5/2025 3:39:54 PM | SENT |
| Lynn H.Butler | | lynn.butler@huschblackwell.com | 2/5/2025 3:39:54 PM | SENT |
| Benjamin Stephens | | ben.stephens@huschblackwell.com | 2/5/2025 3:39:54 PM | SENT |
| Alejandra Garcia Castro | | Alejandra.GarciaCastro@huschblackwell.com | 2/5/2025 3:39:54 PM | SENT |

Associated Case Party: Texas Department of Housing and Community Affairs

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brianna Krominga | 24103252 | brianna.krominga@oag.texas.gov | 2/5/2025 3:39:54 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 2/5/2025 3:39:54 PM | SENT |

Associated Case Party: Bobby Wilkinson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 2/5/2025 3:39:54 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 2/5/2025 3:39:54 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| HBCourtFilings HOU | | HBCourtFilings-HOU@huschblackwell.com | 2/5/2025 3:39:54 PM | SENT |